**Electronically Filed
Supreme Court
SCWC-29381
17-OCT-2011
11:36 AM**

NO. SCWC-29381

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

ATLANTIC CREDIT & FINANCE, INC.,
Respondent/Plaintiff-Appellee,

vs.

EDWARD N. MAHAULU, aka EDWARD MAHAULU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29381; CIV. NO. 3RC07-1-0092)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ., and
Circuit Judge Castagnetti, in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant's application for writ of
certiorari, filed on September 6, 2011, is hereby rejected.

DATED: Honolulu, Hawai‘i, October 17, 2011.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Jeannette H. Castagnetti



Edward N. Mahaulu,
petitioner/defendant-
appellant *pro se* on
the application